# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH A. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-cv-00371-JPG-CJP ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, Deborah A. Brooks, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED:  February 28, 2018

                                                     **JUSTINE FLANAGAN,**
                                                     **Acting Clerk of Court**

                                                     **BY:   s/Tina Gray**
                                                             **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**